IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT W. WEIR, Judge,<br><br>    Defendant.<br>_____/ | No. C 07-2808 VRW<br><br>**JUDGMENT IN A CIVIL CASE** |

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **( x )  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that pursuant to the order dismissing the complaint under the authority of 28 U.S.C. § 1915(b) filed June 12, 2007, judgment is entered for the defendant.

Dated: June 12, 2007                                                                Richard W. Wieking, Clerk

                                                                                      By: *Cora Klein*
                                                                                       Deputy Clerk